UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC -6 AM 10: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **EDWARD P. MANTURUK,** an individual residing in Johnson, Vermont, <br><br>　　　Plaintiff, <br><br>　　　v. <br><br>**THOMAS & BETTS INTERNATIONAL , INC.,** a Nevada corporation, **CONG THANH DINH,** an individual residing in Memphis, Tennessee, and **MARK R. DRANE,** an individual residing in Germantown, Tennessee, <br><br>　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 05-2599 <br> ) Honorable Jon McCalla <br> ) Magistrate Judge Tu M. Pham <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] [JOINT] SCHEDULING ORDER

The parties conferred regarding scheduling issues in this case and the following dates were jointly established as final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):  January 13, 2006

JOINING PARTIES:  March 7, 2006

AMENDING PLEADINGS:  March 7, 2006

INITIAL MOTIONS TO DISMISS:  April 7, 2006

COMPLETING ALL DISCOVERY:  September 22, 2006

　　　(a)　DOCUMENT PRODUCTION:  September 22, 2006

　　　(b)　DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:  September 22, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-6-05

(14)

  (c)  EXPERT WITNESS DISCLOSURE (RULE 26):

    (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: <u>July 21, 2006</u>

    (2) DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION: <u>August 21, 2006</u>

    (3) EXPERT WITNESS DEPOSITIONS: <u>September 22, 2006</u>

FILING DISPOSITIVE MOTIONS: <u>October 27, 2006</u>

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 5 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties *have not* consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

/s/ Tu M. Pham
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

December 6, 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02599 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Thomas E. Donohue
Artz & Artz P.C.
28333 Telegraph Road, Suite 250
Southfield, MI 48034

H. Roy Berkenstock
PRAVEL HEWITT KIMBALL & KRIEGER
5100 Poplar Ave.
Ste. 2715
Memphis, TN 38102--246

Scott T. Beall
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

John A. Artz
Artz & Artz P.C.
28333 Telegraph Road, Suite 250
Southfield, MI 48034

Honorable Jon McCalla
US DISTRICT COURT