FILED BY _____ D.C.

05 DEC 12 AM 10: 42

~~THOMAS M. GOULD~~
CLERK, U.S. DISTRICT COURT
W/D OF ___ PHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EDWARD P. MANTURUK,          )
an individual residing in    )
Johnson, Vermont             )
                             )
      Plaintiff,             )
                             )
v.                           )       No. 05-2599
                             )
THOMAS & BETTS               )
INTERNATIONAL, INC., a       )
Nevada corporation, CONG     )
THANH DINH, an individual    )
residing in Memphis, Tennessee,  )
and MARK R. DRANE, an individual )
residing in Germantown, Tennessee, )
                             )
      Defendants.            )

---

ORDER SETTING TRIAL AND PRETRIAL DATES

---

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 6, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.   The jury trial in this matter, which is anticipated to last five (5) days, is set to begin Tuesday, January 16, 2007 at 9:30 a.m. in courtroom no. 4.

2.   A pretrial conference is set for Tuesday, January 9, 2007 at 8:45 a.m.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05



3.    The joint pretrial order and proposed jury instructions

and voir dire questions are due by no later than 4:30

p.m. on <u>January 2, 2007</u>.

Absent good cause, the dates established by this order shall

not be extended or modified.


IT IS SO ORDERED this __12__ day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02599 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

John A. Artz
Artz & Artz P.C.
28333 Telegraph Road, Suite 250
Southfield, MI 48034

Thomas E. Donohue
Artz & Artz P.C.
28333 Telegraph Road, Suite 250
Southfield, MI 48034

Scott T. Beall
TATE LAZARINI & BEALL, PLC
One Commerce Square
Ste. 2500
Memphis, TN 38103

H. Roy Berkenstock
PRAVEL HEWITT KIMBALL & KRIEGER
5100 Poplar Ave.
Ste. 2715
Memphis, TN 38102--246

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT